# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155057(10)

SEJASMI INDUSTRIES, INC.,
        Plaintiff/Counterdefendant-
        Appellee,

v

A+ MOLD, INC., d/b/a TAKUMI
MANUFACTURING COMPANY,
        Defendant/Cross Defendant,
and

QUALITY CAVITY, INC.,
        Defendant/Counterplaintiff/
        Cross Plaintiff/Third-Party Plaintiff-
        Appellant,
and

NKL MANUFACTURING, INC.
        Third-Party Defendant.
_____/

SC: 155057
COA: 336205
Macomb CC: 2014-004273-CB

On order of the Chief Justice, the motion of the American Mold Builders Association *et al.* to participate as amici curiae and to file a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on January 17, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2017



Clerk